Leo Muchnik
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: muchnikl@gtlaw.com

Joseph P. Davis (admitted *pro hac vice*)
Alison T. Holdway (admitted *pro hac vice*)
**GREENBERG TRAURIG, LLP**
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001
Email: davisjo@gtlaw.com
Email: alison.holdway@gtlaw.com

*Attorneys for Defendant The Public Institution for Social Security*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | S.D.N.Y. Case No. _____<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01002 (SMB) |

Official Form 417A – Notice of Appeal and Statement of Election

|  |
|---|
| Plaintiff,<br><br>v.<br><br>THE PUBLIC INSTITUTION FOR SOCIAL SECURITY,<br><br>Defendant. |

# NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   The Public Institution for Social Security

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☑ Defendant | ☐ Creditor |
| ☐ Other (describe) _____ | ☐ Trustee |
|  | ☐ Other (describe) _____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Order denying Defendant The Public Institution for Social Security's Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6). The Order (Dkt. No. 150) is attached as **Exhibit A**, and the Memorandum Decision (Dkt. No. 149) is attached as **Exhibit B**.

2. State the date on which the judgment, order, or decree was entered: September 1, 2022

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed form and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Official Form 417A – Notice of Appeal and Statement of Election

2

1. Party: Plaintiff-Appellee  
   IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff

   Attorneys: David J. Sheehan  
   Brian W. Song  
   Ganesh Krishna  
   Ariana Dindiyal  
   BAKER HOSTETLER LLP  
   45 Rockefeller Plaza  
   New York, New York 10111  
   Tel.: (212) 589-4200  
   Fax: (212) 589-4201  
   dsheehan@bakerlaw.com  
   bsong@bakerlaw.com  
   gkrishna@bakerlaw.com  
   adindiyal@bakerlaw.com

2. Party: Defendant-Appellant  
   THE PUBLIC INSTITUTION FOR SOCIAL SECURITY

   Attorneys: Leo Muchnik  
   GREENBERG TRAURIG, LLP  
   One Vanderbilt Avenue  
   New York, New York 10017  
   Tel.: (212) 801-9200  
   Fax: (212) 801-6400  
   muchnikl@gtlaw.com

   Joseph P. Davis III  
      (*pro hac vice*)  
   Alison T. Holdway  
      (*pro hac vice*)  
   GREENBERG TRAURIG, LLP  
   One International Place  
   Suite 2000  
   Boston, Massachusetts 02110  
   Tel.: (617) 310-6000  
   Fax: (617) 310-6001  
   davisjo@gtlaw.com  
   alison.holdway@gtlaw.com

Official Form 417A – Notice of Appeal and Statement of Election

**Part 4:  Optional election to have appeal heard by district court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[Not applicable—No Bankruptcy Appellate Panel in this District.]

☐  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

/s/ Leo Muchnik                                         Dated:  October 6, 2022
Signature of attorney for appellant

Name, address, and telephone number of attorney:

Leo Muchnik
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
Tel.:  (212) 801-9200
Fax:  (212) 801-6400
muchnikl@gtlaw.com

Joseph P. Davis III (*pro hac vice*)
Alison T. Holdway (*pro hac vice*)
GREENBERG TRAURIG, LLP
One International Place, Suite 2000
Boston, Massachusetts 02110
Tel.:  (617) 310-6000
Fax:  (617) 310-6001
davisjo@gtlaw.com
alison.holdway@gtlaw.com

Fee waiver notice:  If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Official Form 417A – Notice of Appeal and Statement of Election

4

[**Note to inmate filers**:  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Official Form 417A – Notice of Appeal and Statement of Election