```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
*In re* BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC,                               :
                                              :
                               Debtor.  X
---------------------------------------------------------  :     1:22-cv-8741-GHW
                                              :
THE PUBLIC INSTITUTION FOR SOCIAL :              ORDER
SECURITY,                                     :
                                              :
                                              :
                         Appellant,:
                                              :
              v.                              :
                                              :
IRVING H. PICARD,                             :
                                              :
                         Appellee. :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Appellant's motion for leave to appeal the underlying bankruptcy decision, Dkt. No. 4, is granted. The deadline for Appellee to file and serve its opposition to the motion is November 9, 2022. The deadline for Appellant to file and serve its reply is November 23, 2022.

SO ORDERED.

Dated: October 19, 2022
New York, New York                       _____
                                              GREGORY H. WOODS
                                           United States District Judge