```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE BERNARD L. MADOFF INVESTMENT
SECURITIES LLC

------------------------------------------------------------:      1:22-cv-8741-GHW

THE PUBLIC INSTITUTION FOR SOCIAL                 :      ORDER
SECURITY,

                        Appellant,

                  -v -

IRVING H. PICARD,

                        Appellee.

------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a telephonic oral argument on this matter on August 25, 2023 at 2:00 p.m. Rule 2 of the Court's Individual Rules contains the dial-in number for the oral argument and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

      SO ORDERED.

Dated: August 22, 2023
       New York, New York

                                                          GREGORY H. WOODS
                                               United States District Judge